United States District Court
Southern District of California

FILED/REC'D
2025 NOV -4 A 11: 51
#167253
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

DeAndre L. Kendrick
Pro se, Plaintiff

V.

Kendall Jenner
Defendant

Civil Docket Number: 25-cv-913-wmc

[For a new case in this court, leave blank. The court will assign a case number]

## Prisoner Complaint 28 U.S.C 1983

1.) The Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is currently incarcerated at the Indiana Department of Corrections, Westville Correctional facility, mailing address for the Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is as follows: 5501 South 1100 West, Westville, Indiana 46391.

2.) The Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is suing one (1) defendant in this event.

3.) The Defendant in this event is Entrepreneur, actress, artist, and influential model Kendall Jenner.

4.) The Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) does not have any contact information for the Defendant Kendall Jenner.

5.) The event which the Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is suing about did occur at Westville Correctional facility 5501 South 1100 West, Indiana 46391.

6.) The event which the Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is suing about occurred on on September 22, 2025.

7.) Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is requesting from the United States District Court to proceed "In Forma Pauperis" pursuant to 28 U.S.C 1915.

8.) The Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) does not have the assets nor means to pay initial Filing Fee nor a Partial Filing Fee Pursuant to 28 U.S.C 1915 (B)(4) the Pro se, Plaintiff DeAndre L. Kendrick (D.O.C #167253) is requesting that the United States District Court waive the initial Partial filing fee and allow for The Pro se, Plaintiff DeAndre L. Kendrick to proceed in this event.

Page (1) of (2)

# CLAIM AND STATEMENT

## Claim and Facts:

On Approximately September 22, 2025 the Defendant Kendall Jenner, also known to her family and friend as "Phyco" was scheduled a visit with the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) so the two could go over documents pertaining to the defendants Acting Career and books which the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) had forward to the defendant Kendall Jenner some time in the months of February after the Defendant Kendall Jenner had advertised to the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) that she was capable of being creative enough to fulfill the requirements of the character written in the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) Book which is being developed into a film called "The Coldest Winter Ever". Due to the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) relationship with Kendall Jenner he took the defendant up on her advertising purposes. The defendant Kendall Jenner has deceived the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) Film Transcripts and Book "The Coldest Winter Ever" and has not followed up with the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) nor produced any of the scripts for his character in the film "The Coldest Winter". By failing to produce on the Defendant Kendall Jenner's behave, The defendant did violate The Lanham Act 28 U.S.C 1114 and commit false Advertisement.

10.) This Event happened while the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) was incarcerated serving his conviction.

11.) The Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) has never sued anyone for this exact same event.

12.) This is not a grievable incident at the prison where the Pro.Se. Plaintiff DeAndre L. Kendrick is being housed/confined.

13.) If the Pro.Se. Plaintiff DeAndre L. Kendrick (D.O.C #267253) wins this case he wants for the courts to court order the Defendant Kendall Jenner to return the books and film transcripts back to him at his current prison address.

[Initial Each Statement]

__DLK__ I will Pre-Pay the filing fee or file a prisoner motion to proceed In Forma Pauperis.
__DLK__ I will keep a copy of this complaint for my records.
__DLK__ I will promptly notify the court of any change of address.
__DLK__ I will NOT send more than one copy of any filing to the court.
__DLK__ I will NOT send Summons, USM-285, or waiver forms to the clerk.
__DLK__ I declare under Penalty of Perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on October 20, 2025 At 9:10 PM

___DeAndre Kendrick / [signature]___                    ___#267253___
Pro.Se. Plaintiff's Name and Signature (Page 2 of 2)    Prisoner Number